UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JERRY CLANTON,

     Plaintiff,                                    CASE NO.:  4:17-cv-01499-PLC

-vs-

CITIFINANCIAL SERVICING LLC,

     Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Jerry Clanton, and the Defendant, Citifinancial Servicing LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of October, 2017.

| | |
|---|---|
| */s/* Frank H. Kerney, III, Esquire | */s/ Louis F. Bonacorsi, Esquire* |
| Frank H. Kerney, III, Esquire, #88672FL | Meghan R. H. Pietoso, Esquire, #66969MO |
| *Admited Pro Hac Vice* | Louis F. Bonacorsi, Esquire, #28331MO |
| Morgan & Morgan, Tampa, P.A. | Bryan Cave LLP |
| One Tampa City Center | 211 N. Broadway, Suite 3600 |
| 201 North Franklin Street, 7th Floor | St. Louis, MO 63102 |
| Tampa, FL 33602 | Telephone: (314) 259-2000 |
| Telephone: (813) 223-5505 | Facsimile: (314) 259-2020 |
| Facsimile:  (813) 223-5402 | meghan.pietoso@bryancave.com |
| fkerney@forthepeople.com | lfbonacorsi@bryancave.com |
| jkneeland@forthepeople.com | *Counsel for Defendant.* |
| mbradford@forthepeople.com | |

D. Todd Mathews, Esquire
Missouri Bar No.: 52502

Chelsea L. Fischer, Esquire
Missouri Bar No.: 67819
Gori Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834
todd@gorijulianlaw.com
cfischer@gorijulianlaw.com
*Counsel for Plaintiff*